IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TASHIA BURTON | : | CIVIL ACTION |
| Plaintiff, | : | NO. 11-7424 |
| v. | | |
| STARBUCKS CORPORATION,<br>*doing business as*<br>STARBUCKS COFFEE COMPANY | :<br><br>: | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 14th day of November, 2012, upon the representations made to this court by counsel, it is hereby ORDERED that the above-captioned action is DISMISSED WITH PREJUDICE AND WITHOUT COSTS, pursuant to Local Rule 41.1(b).

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. DARNELL JONES, II      J.